EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2014 TSPR 140 |
| Rafael A. Saint Germain Menéndez | 192 DPR ____ |

Número del Caso: TS-13,350

Fecha: 21 de noviembre de 2014

Abogado de la Parte Peticionaria:

    Por derecho propio

Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael A. Saint Germain
Menéndez                          **Núm.:** <u>**TS- 13,350**</u>

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 21 de noviembre de 2014.

Examinada la *Moción Solicitando Cambio de Estatus de Inactivo a Activo* presentada por el Sr. Rafael A. Saint Germain Menéndez el 13 de noviembre de 2014, en la que acredita haber cumplido con los créditos de educación jurídica continua que se le impusieron como condición para su reactivación al ejercicio de la abogacía, se ordena el cambio de estatus al de abogado activo en el Registro Único de Abogados y Abogadas (RUA).

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo